05-13-00745/746-CV CAUSE NO. W08-60213-J(F), W10-01183-J(F) & W10-01184-J(F)

EX PARTE

SENRICK WILKERSON

IN THE COURT OF APPEALS FIFTH COURT DALLAS COUNTY, TEXAS

## MOTION FOR APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, SENRICK WILKERSON, APPLICANT in the above styled and numbered causes, and files this his Motion for Appeal, and in support thereof will show to the Court the following:

I.

Applicant filed a Motion to Vacate the Judgments due to State's Violation of Due Process & filings of Fraudulent Documents, dated July 20, 2015. This Court date stamped Applicant's motion as filed on July 22, 2015. Dallas County CDC No. 3 never responds to Applicant's motions, therefore, Applicant assumes that the Courts of CDC No. 3, has denied this Motion. Therefore, Applicant files this, his Motion for Appeal, and request that this Court ORDER Dallas County's Appellant Courts to assign Applicant counsel for his appeal. The Court ruled that counsel must be provided to an indigent defendant in every appeal. See Halbert v. Michigan 545 U.S. 605 (2005)

### PRAYER

Applicant prays that this Appeal is granted and he is assigned counsel.

FILED IN
Court of Appeals

AUG 12 2015

Lisa Matz
Clerk, 5th District

Respectfully submitted,

SENRICK WILKERSON 188514
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

### CERTIFICATE OF SERVICE

I hereby certify that August 7, 2015, the foregoing document has been U.S. mailed to: Court of Appeals, 600 Commerce St, Suite 200, Dallas, TX 75202.

SENRICK WILKERSON

Senrick Wilkerson 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX. 77583

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0001780673
$ 000.48⁵
AUG 06 2015
MAILED FROM ZIP CODE 31401

Court of Appeals
Office of the Clerk
George L. Allen Sr. Courts Bldg.
600 Commerce St., Suite 200
Dallas, TX. 75202